No. 1095. BARNES *v.* HOWARD, WARDEN. May 6, 1946. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 1101. MAXWELL *v.* NEIBARGER, CLERK OF COURT. May 6, 1946. Petition for writ of certiorari to the Supreme Court of Kansas denied.

No. 1106. MOORE *v.* ILLINOIS. May 6, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 894. MORGAN *v.* PARKER, WARDEN. May 6, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied. MR. JUSTICE MURPHY is of the opinion that the petition for certiorari should be granted.

No. 971. STASSI *v.* UNITED STATES. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Edward R. Schowalter* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

Nos. 1022 and 1023. WOODVILLE ET AL. *v.* UNITED STATES. May 13, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *W. E. Utterback* for petitioners. *Solicitor General McGrath, J. Edward Williams, Roger P. Marquis* and *George S. Swarth* for the United States.